CHAD C. BUTERFIELD, ESQ.
Nevada Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: chad.butterfield@jacksonlewis.com

*Attorney for Defendant*
*HYD Vegas LLC dba*
*How Ya Dough'n*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALIZEE MOORE, an individual, an individual,,<br>Plaintiff,<br>v.<br>HYD VEGAS LLC dba HOW YA DOUGH'N, a Florida limited liability company,<br>Defendant. | Case No. 2:26-cv-02544-CDS-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Alizee Moore ("Plaintiff") and Defendant HYD Vegas LLC dba How Ya Dough'n ("Defendant"), by and through their respective undersigned counsel, that the deadline for Defendant to file and serve its responsive pleading shall be extended by ten (10) days, from the current deadline of September 22, 2026 to October 2, 2026.

This Stipulation is submitted pursuant to LR IA 6-1. The requested extension is supported by good cause, as counsel for Defendant was only recently retained and requires additional time to investigate the issues raised in Plaintiff's complaint, and to confer with Defendant as to same.

///

///

///

The requested extension is made in good faith and not for the purpose of delay. This is the first requested extension.

Dated this 21st day of September, 2026.

GREENBERG GROSS LLP

*/s/ Eric K. Lundy*
Matthew T. Hale, Esq.
Nevada Bar No. 16880
Eric K. Lundy, Esq.
Nevada Bar No. 16921
1980 Festival Plaza Dr., Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Alizee Moore*

JACKSON LEWIS P.C.

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorney for Defendant*
*HYD Vegas LLC dba How Ya Dough'n*

**ORDER**

IT IS SO ORDERED.

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated: 9-24-26